BENJAMIN LIBERMAN'S (guardian's) CASE. November 7, 1984. *Workmen's Compensation Act,* Compensation of guardian.

In this case, in which we granted further appellate review, we agree with the reasoning and the conclusion of the Appeals Court. *Liberman's Case,* 17 Mass. App. Ct. 598 (1984).

*Judgment affirmed.*

*John J. Nolan* for the claimant.

*Gerard R. Kineen* for the insurer.